```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JURETTA WHITE,                        )
                                      )
          Plaintiff                   )   Civil Action
                                      )   No. 13-cv-05669
     v.                               )
                                      )
CAROLYN W. COLVIN,                    )
Commissioner of Social Security,      )
                                      )
          Defendant                   )

## O R D E R

NOW, this 16th day of May, 2015, upon consideration of the following documents:

> Complaint, filed by plaintiff on October 10, 2013;
>
> Motion and Request for Review, which plaintiff filed April 7, 2014;
>
> Plaintiff's Brief and Statement of Issues in Support of Request for Review, which plaintiff filed April 7, 2014;
>
> Defendant's Response to Request for Review of Plaintiff, which response was filed May 8, 2014;
>
> Plaintiff's Reply to Defendant's Response, which reply was filed June 5, 2014; and
>
> Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated and filed February 10, 2015;

it appearing that no objections have been filed to the Report and Recommendation of Magistrate Judge Perkin;[1] it further appearing after a thorough review of this matter that Magistrate Judge Perkin's Report and Recommendation correctly determined the legal and factual issues presented in this case,

<u>IT IS ORDERED</u> that Magistrate Judge Perkin's Report and Recommendation is approved and adopted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's request for review is granted.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of plaintiff Juretta White and against defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

<u>IT IS FURTHER ORDERED</u> that the decision of the Administrative Law Judge dated November 4, 2011 is reversed.

<u>IT IS FURTHER ORDERED</u> that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is remanded to the Acting

---

[1] Plaintiff and defendant received a Notice accompanying the Report and Recommendation stating that they were required to file any objections to the Report and Recommendation within fourteen days of service of the Notice and filing of the Report and Recommendation pursuant to Rule 72.1(IV)(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.  The Report and Recommendation was filed on February 10, 2015 and the Notice was served February 11, 2015.  Thus, any objections were required to be filed on or before February 25, 2015.

As of the date of this order, no objections to the Report and Recommendation have been filed.

Commissioner for further review consistent with Magistrate Judge Perkin's Report and Recommendation.

    <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

                              BY THE COURT:

                              <u>/s/ JAMES KNOLL GARDNER</u>
                              James Knoll Gardner
                              United States District Judge